**IN THE SUPREME COURT OF PENNSYLVANIA
WESTERN DISTRICT**

| | |
|---|---|
| IN RE: M.B. | : No. 165 WAL 2018 |
| | : |
| | : |
| PETITION OF: PENNSYLVANIA STATE POLICE | : Petition for Allowance of Appeal |
| | : from the **Unpublished** |
| | : **Memorandum and Order** of the |
| | : Superior Court at No. 366 WDA |
| | : 2017 entered on March 20, 2018, |
| | : **vacating and remanding** the Order |
| | : of the Clearfield County Court of |
| | : Common Pleas at No. 2016-20-MD |
| | : entered on January 30, 2017 |

## <u>ORDER</u>

**PER CURIAM**

  **AND NOW**, this 3rd day of December, 2019, the Petition for Allowance of Appeal is **GRANTED.** The Superior Court's order is **VACATED** as it relates to the validity of M.B.'s section 303 certification and commitment, and this matter is **REMANDED** to the Superior Court for reconsideration in light of this Court's decision in *In re J.M.Y.*, __ A.3d __, 2019 WL 5157012 (Pa. October 15, 2019).